GARY OWEN CARIS (SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
  lhawes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA  90071-2901
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Plaintiff
ROBB EVANS as Receiver for OHANA
INTERNATIONAL, INC. and over the assets of
CHRISTIANO HASHIMOTO, individually and
doing business as FINANCIAL SOLUTIONS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS as Receiver for OHANA INTERNATIONAL, INC. and over the assets of CHRISTIANO HASHIMOTO, individually and doing business as FINANCIAL SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ALEX MARTINEZ; ARMINDA MARTINEZ; AZM INVESTMENTS, INC.; LETICIA REY; GREGORY MATTA; VICKI MATTA; ADAM YISRAEL; MATTHEW TAYLOR; PATRICK RING; ALEXANDRA RING; ALBERT PETERSON; MARINETTE PETERSON; GERALD GORTON; and CAL & NOR, INC.,<br><br>Defendants. | CASE NO. ED CV06-1213 SVW(OPx)<br><br>**JUDGMENT AGAINST DEFENDANTS ALBERT PETERSON AND MARINETTE PETERSON**<br><br>[NO HEARING REQUIRED] |

Plaintiff Robb Evans, as Receiver ("Receiver") for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions ("Receivership Entities"), brought his Motion for Summary Judgment against Defendants Albert Peterson and Marinette Peterson (collectively "Petersons"), which was initially heard on October 20, 2008 at 1:30 p.m. in Courtroom 6 of the above-referenced Court, the Honorable Stephen V. Wilson, United States District Judge presiding. Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the Plaintiff, and other appearances, if any, were noted in the record. The Court having read and considered all papers filed in support of and in opposition to the Motion for Summary Judgment, including all admissible evidence filed in support of the Motion, the Court having heard and considered the arguments and contentions of counsel, the Court determining that no genuine issue as to any material fact exists and that Plaintiff is entitled to a judgment as a matter of law, the Court entering its Order Granting Plaintiff's Motion for Summary Judgment Against Defendants Albert Peterson and Marinette Peterson on August 17, 2009 (Document No. 143) and the Court finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions, shall have judgment against Defendants Albert Peterson and Marinette Peterson, jointly and severally, in the amount of $48,822.96, pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, with post-judgment interest pursuant to 28 U.S.C. § 1961 from date of entry of judgment until paid in full; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there is no just reason for delay in entry of this final judgment against Defendants Albert Peterson, and Marinette Peterson, and the Court expressly directs the entry of this

1  separate judgment against these defendants pursuant to F.R. Civ. P. 54 while this
2  action remains pending against other defendants.

3
4  DATED: October 22, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

[PROPOSED] JUDGMENT - CASE NO. ED CV06-1213 SVW (OPx)

LA:17315293.6

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, 8th Floor, Los Angeles, California 90071.

On October 21, 2009, I served the **[PROPOSED] JUDGMENT AGAINST DEFENDANTS ALBERT PETERSON, AND MARINETTE PETERSON** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare under the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on October 21, 2009 at Los Angeles, California.

                                                /s/ *Pamela A. Coates*
                                                   Pamela A. Coates

# SERVICE LIST

The following CM/ECF participants were served by electronic means on October 21, 2009:

**Richard D. Farkas – richarddf@aol.com**

**Jonathan Schwartz – nasdlaw@aol.com**

The following non-CM/ECF participants were served by facsimile and first-class mail, postage prepaid on October 21, 2009:

Philip N. Alexander, Esq.
Philip N. Alexander Law Offices
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210

Min Cho, Esq.
Cho & De LaCerra Law Offices
10535 Foothill Boulevard, Suite 460
Rancho Cucamonga, CA 91730

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

[PROPOSED] JUDGMENT - CASE NO. ED CV06-1213 SVW (OPx)

LA:17315293.6