1  GARY OWEN CARIS (SBN 088918)
    gcaris@mckennalong.com
2  LESLEY ANNE HAWES (SBN 117101)
    lhawes@mckennalong.com
3  ANGELA E. FONES (SBN 245204)
    afones@mckennalong.com
4  McKENNA LONG & ALDRIDGE LLP
   444 South Flower Street, 8th Floor
5  Los Angeles, CA 90071-2901
   Telephone: (213) 688-1000
6  Facsimile:  (213) 243-6330

7  Attorneys for Plaintiff
   ROBB EVANS as Receiver for OHANA
8  INTERNATIONAL, INC. and over the assets of
   CHRISTIANO HASHIMOTO, individually and
9  doing business as FINANCIAL SOLUTIONS

**CHAMBERS COPY**

FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS as Receiver for OHANA INTERNATIONAL, INC. and over the assets of CHRISTIANO HASHIMOTO, individually and doing business as FINANCIAL SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ALEX MARTINEZ; ARMINDA MARTINEZ; AZM INVESTMENTS, INC.; LETICIA REY; GREGORY MATTA; VICKI MATTA; ADAM YISRAEL; MATTHEW TAYLOR; PATRICK RING; ALEXANDRA RING; ALBERT PETERSON; MARINETTE PETERSON; GERALD GORTON; and CAL & NOR, INC.,<br><br>Defendants. | CASE NO. ED CV06-1213 SVW(OPx)<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>[Declaration of Gary Owen Caris Regarding Default of Settlement Agreement by Defendant Cal & Nor, Inc. filed concurrently herewith]<br><br>[No Hearing Required] |

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

JUDGMENT PURSUANT TO STIPULATION - CASE NO. ED CV06-1213 SVW(OPx)

LA:17337939.1

1    Plaintiff ROBB EVANS as Receiver for OHANA INTERNATIONAL, INC.
2 and over the assets of CHRISTIANO HASHIMOTO, individually and doing
3 business as FINANCIAL SOLUTIONS ("Receivership Entities"), through its
4 attorneys of record, McKenna Long & Aldridge LLP, and Defendant Cal & Nor,
5 Inc. having signed a written Stipulation for Entry of Judgment and Settlement
6 Agreement, and said Stipulation and Settlement Agreement having been filed
7 herein along with the Declaration of Gary Owen Caris Regarding the Default of the
8 Settlement Agreement by Defendant Cal & Nor, Inc., and good cause appearing for
9 the immediate entry of a separate judgment pursuant to Rule 54 of the Federal
10 Rules of Civil Procedure, the Court orders the following judgment pursuant to said
11 Stipulation and Settlement Agreement:

12    **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb
13 Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano
14 Hashimoto, individually and doing business as Financial Solutions, is awarded a
15 judgment against Defendant Cal & Nor, Inc. in the amount of $119,800.00, together
16 with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of
17 judgment until paid in full at the rate provided by such statute;

18    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
19 judgment entered against the Defendant herein and any other judgments entered
20 heretofore or hereafter in this action against any other defendants are several as to
21 each such defendant unless otherwise expressly stated in the judgment to be joint
22 and several as to the particular defendants; and

23    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there
24 is no just reason for delay in entry of this final judgment against Defendant Cal &
25 Nor, Inc. and the Court expressly directs the that the Clerk of the Court enter this

1 separate judgment against said Defendant pursuant to F.R. Civ. P. 54
2 notwithstanding whether this action remains pending against other defendants.

6 Dated: 10/22/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

# Miscellaneous Filings (Other Documents)

5:06-cv-01213-SVW-OP Robb Evans v. Alex Martinez et al
(OPx), DISCOVERY, RELATED-DDJ, RELATED-G

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Caris, Gary on 1/9/2009 at 11:40 AM PST and filed on 1/9/2009
**Case Name:**     Robb Evans v. Alex Martinez et al
**Case Number:**   5:06-cv-1213
**Filer:**         Robb Evans
**Document Number:** 131

**Docket Text:**
**DECLARATION of Gary Owen Caris** *Re Default of Settlement Agreement by Defendant Cal & Nor, Inc.* **filed by Plaintiff Robb Evans. (Attachments: # (1) Exhibit 1-2, # (2) Proposed Order Judgment)(Caris, Gary)**

### 5:06-cv-1213 Notice has been electronically mailed to:

Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com

Jonathan Schwartz    nasdlaw@aol.com

Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com

Richard D Farkas    RichardDF@aol.com

### 5:06-cv-1213 Notice has been delivered by First Class U. S. Mail or by fax to: :

Erin M Jackson
McKenna Long and Aldridge
444 South Flower Street, Suite 800
Los Angeles, CA 90071-2901

Johnny Traboulsi
McKenna Long and Aldridge
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901

Min Cho

Cho & De LaCerra Law Offices
10535 Foothill Blvd, Suite 460
Rancho Cucamonga, CA 91730

Philip N Alexander
Philip N Alexander Law Offices
ATTORNEY DID NOT CONSENT TO ELECTRONIC FILING
433 North Camden Drive Suite 600
Beverly Hills, CA 90210

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Temporary Store\RONI 5\MRTNZ Caris Dcl C&N.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/9/2009] [FileNumber=7084507-0]
[0d02a7ac7f88180a64dfc91e1267444c3228b92c6a166fe3c7547556766b06c407c1e
9c0d3a1e85a8986b8eb5d5f6b2534b13b63cdeced4b49e1891417f76ffe]]
**Document description:** Exhibit 1-2
**Original filename:** H:\Temporary Store\RONI 5\MRTNZ Ex 1-2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/9/2009] [FileNumber=7084507-1]
[0a1c40ca70cd7f92f7a3dee85785a111ef9470f28c51065c101944e407dba99955031
cc32f8da20a49b41d67d584ac826471d2adf396bb7f4be91a619ef051b1]]
**Document description:** Proposed Order Judgment
**Original filename:** H:\Temporary Store\RONI 5\MRTNZ Jdgmt C&N.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/9/2009] [FileNumber=7084507-2]
[c288516ddc7713c43c35f134704fded561b575269d53f977626c2b287959916cbf173
304cf26aaaeddc5d28accd56574d388d3686e662493724dd948ccf10405]]