GARY OWEN CARIS (SBN 088918)
E-mail: gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
E-mail: lhawes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-2901
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Plaintiff
ROBB EVANS as Receiver for OHANA INTERNATIONAL, INC. and over the assets of CHRISTIANO HASHIMOTO, individually and doing business as FINANCIAL SOLUTIONS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS as Receiver for OHANA INTERNATIONAL, INC. and over the assets of CHRISTIANO HASHIMOTO, individually and doing business as FINANCIAL SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ALEX MARTINEZ; ARMINDA MARTINEZ; AZM INVESTMENTS, INC.; LETICIA REY; GREGORY MATTA; VICKI MATTA; ADAM YISRAEL; MATTHEW TAYLOR; PATRICK RING; ALEXANDRA RING; ALBERT PETERSON; MARINETTE PETERSON; GERALD GORTON; and CAL & NOR, INC.,<br><br>Defendants. | Case No. ED CV06-1213 SVW(OPx)<br><br>**AMENDED/CORRECTED JUDGMENT AGAINST DEFENDANTS ADAM YISRAEL AND GERALD GORTON AFTER DEFAULT**<br><br>[F.R.C.P. 55(b)(2)]<br><br>DATE: May 5, 2008<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 6 |

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

LA:17293616.1

This case came on before the Honorable Stephen V. Wilson, United States District Judge presiding in Courtroom 6 of the above-referenced Court, by submission of the attorneys of record for Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions, having been regularly served with process, having failed to appear and answer the Plaintiff's complaint filed herein on November 2, 2006, and the defaults of said defendants having been duly entered and evidence having been considered by the Court, and good cause appearing for entry of judgment against the defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Adam Yisrael the principal sum of $99,945.41, plus Plaintiff's costs amounting to the sum of $912.40, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $100,857.81, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, Plaintiff Robb Evans, as Receiver for Ohana International, Inc. and over the assets of Christiano Hashimoto, individually and doing business as Financial Solutions shall recover from defendant Gerald Gorton the principal sum of $810,950.17, plus Plaintiff's costs amounting to the sum of $441.75, of which $350.00 representing the filing fee in this action is subject to joint and several liability of all defendants against whom judgment is entered, for a total judgment of $811,391.92, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid at the rate provided by such statute.

1  **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of the judgments against the above-named defendants, that the judgments entered against the defendants herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint or joint and several as to the particular defendants.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall enter this Judgment forthwith while this action remains pending against other defendants.

DATED: 12/3/10

*/s/ Stephen V. Wilson*

Stephen V. Wilson
United States District Judge